UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEWEY ALLEN PLUMLEY,**

      **Plaintiff,**　　　　　　　　　　Civil Action No. 18-cv-11531

      v.　　　　　　　　　　　　　　**District Judge Nancy G. Edmunds**

**COMMISSIONER OF**　　　　　　　**Magistrate Judge Mona K. Majzoub**
**SOCIAL SECURITY,**

      **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff Dewey Allen Plumley seeks judicial review under 42 U.S.C. § 405(g) of Defendant Commissioner of Social Security's determination that he is not entitled to benefits under the Social Security Act. (Docket no. 1.) This matter has been referred to the undersigned for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A) and issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (Docket no. 3.)

**I.   RECOMMENDATION**

For the reasons that follow, it is recommended that the Court dismiss Plaintiff's complaint in its entirety for failure to pay the filing fee.

**II.  REPORT**

Along with his complaint, Plaintiff filed an application to proceed without prepaying fees or costs. (Docket no. 2.) Because Plaintiff indicated that he had $60,000.00 in a checking account, the Court denied his application. (Docket no. 4.) The Court directed Plaintiff to pay the filing fee by July 6, 2018. (*Id.*) In that order, the Court stated that "[f]ailure to pay the filing fee by this

deadline may result in dismissal of the complaint." (*Id.*)  As of the date of this order, Plaintiff has yet to pay the filing fee.  Accordingly, the Court should dismiss the complaint in its entirety.

### III. NOTICE TO PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Eastern District of Michigan Local Rule 72.1(d).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Howard v. Sec'y of Health & Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Filing of objections which raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Any objections must be labeled as "Objection #1," "Objection #2," etc.  Any objection must recite *precisely* the provision of this Report and Recommendation to which it pertains.  Not later than fourteen days after service of an objection, the opposing party must file a concise response proportionate to the objections in length and complexity.  The response must specifically address each issue raised in the objections, in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.

Dated: November 8, 2018          s/ Mona K. Majzoub
                                 MONA K. MAJZOUB
                                 UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

      I hereby certify that a copy of this Report and Recommendation was served upon counsel of record on this date.

Dated: November 8, 2018        <u>s/ Leanne Hosking</u>
                                         Case Manager